IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA B. SMITH, | No. C 09-5715 SI |
| Plaintiff, | **ORDER RESCHEDULING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE TO APRIL 30, 2010; REFERRING PARTIES TO ALTERNATIVE DISPUTE RESOLUTION PROGRAM** |
| v. | |
| NATIONAL CITY BANK OF INDIANA, *et al.*, | |
| Defendants. | |

Plaintiff, who is representing herself, filed this action in state court. Defendant PNC Bank, National Association removed the case to this Court, and has filed motions to dismiss and to strike the complaint. The motions are scheduled for a hearing on March 19, 2010. Plaintiff has filed a letter with the Court requesting that the Court allow her time to find an attorney to represent her and to respond to defendant's motions. The Court grants plaintiff's request for an extension of time. The March 19, 2010 hearing is rescheduled to **April 30, 2010** at 9:00 am. Plaintiff's response to the pending motions must be filed no later than **April 9, 2010**, and defendant's replies must be filed no later than **April 16, 2010**. The case management conference scheduled for April 16, 2010 is rescheduled **April 30, 2010** at 2:30 pm.

**The Court also finds it appropriate to refer the parties to the Court's Alternative Dispute Resolution Program. The ADR Department shall contact the parties and arrange a conference to determine the appropriate ADR procedure.**

**IT IS SO ORDERED.**

Dated:   March 3, 2010

SUSAN ILLSTON
United States District Judge