UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTHA B SMITH,

        Plaintiff,

v.

NATIONAL CITY BANK et al,

        Defendant.

Case Number: CV09-05715 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martha B. Smith
2917 McBryde Avenue
Richmond, CA 94804

Dated: March 3, 2010

Richard W. Wieking, Clerk
By: Tracy Borakis, Deputy Clerk