James Mills, SBN 203783
Law Office of James Mills
1300 Clay Street, Suite 600
Oakland, California  94612
Tel: 510-521-8748
Fax: 510-277-1413
james@jamesmillslaw.com

Attorneys for Plaintiff
MARTHA B. SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA B. SMITH,<br><br>         Plaintiff,<br>v.<br><br>NATIONAL CITY BANK, et al.,<br><br>         Defendant(s). | Case No.: CV09-05715 SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**<br><br>**[Fed R. Civ. P. 41(a)(1)]** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    Plaintiff hereby voluntarily dismisses her complaint filed herein without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 17, 2010-05-17        LAW OFFICE OF JAMES MILLS

                                                /s/ James Mills
                                                JAMES MILLS
                                                Attorneys for Plaintiff MARTHA B. SMITH

*IT IS SO ORDERED*
*Judge Susan Illston*

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States, that I have attained the age of majority, and that I am not a party to this action. My business address is 1300 Clay Street, Suite 600, Oakland, California, 94612. I am familiar with this firm's practice of collection and processing of correspondence to be deposited for delivery via the U.S. Postal Service as well as other methods used for delivery of correspondence. On the below stated date, in the manner indicated, I caused the within document(s) entitled:

**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE [Fed R. Civ. P. 41(a)(1)]**

to be served on the party(ies) or their (its) attorney(s) of record in this action:

[ ]     Via Mail: I caused each envelope (with postage affixed thereto) to be placed in the U.S. mail at Oakland, California.

[ ]     Via CERTIFIED Mail: I caused each envelope (with postage affixed thereto) to be placed in the U.S. mail at Alameda, California.

[ ]     Via Personal Service: I instructed each envelope to be hand-delivered via AERO SPECIAL DELIVERY to the address listed below.

[ ]     Via Overnight Courier: I caused each envelope to be delivered via overnight mail by FEDERAL EXPRESS.

[ ]     Via FACSIMILE: I instructed such to be transmitted via facsimile to the office(s) of the addressee(s).

[ X ]   Via ELECTRONIC MAIL: I caused such to be transmitted via electronic mail by submitting an electronic version of the documents via electronic mail to the Court's designated electronic mail address.

addressed as follows:

SEE SERVICE LIST ATTACHED

[ ]     State: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X ]    Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on May 17, 2010, at Oakland, California.

_/s/ James Mills_____
JAMES MILLS

NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE                     2

**SERVICE LIST**

<u>Attorneys for PNC BANK, N.A.</u>

Stuart B. Wolf, Esq.
Megan E. Gruber, Esq.
WOLFE & WYMAN LLP
2175 N. California Blvd., Ste. 645
Walnut Creek, CA  94596-3579

Tel: 925-280-0004
Fax: 925-280-0005
E-mail: megruber@wolfewyman.com

NOTICE OF VOLUNTARY DISMISSAL OF
COMPLAINT WITHOUT PREJUDICE

3